# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CONAN DOYLE ESTATE LTD., <br><br> Plaintiff, <br><br> v. <br><br> NANCY SPRINGER, PENGUIN RANDOM HOUSE LLC, LEGENDARY PICTURES PRODUCTIONS, LLC, NETFLIX, INC., PCMA MANAGEMENT AND PRODUCTIONS LLC, EH PRODUCTIONS UK LTD., JACK THORNE, and HARRY BRADBEER, <br><br> Defendants. | Case No. 1:20-cv-00610-KG-KK |

## FILM DEFENDANTS' NOTICE OF LODGING IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendants Legendary Pictures Productions, LLC, Netflix, Inc., EH Productions UK Ltd., PCMA Management and Productions LLC, Jack Thorne, and Harry Bradbeer (collectively, the "Film Defendants") give notice that they are delivering to the Clerk of the Court three copies of each of the following physical exhibits in support of their motion to dismiss the plaintiff's first amended complaint – one copy to be lodged with the Court, and two courtesy copies in recognition of the remote work necessary given the ongoing pandemic:

- **Exhibit 1:** A true and correct copy of the film *Enola Holmes* (the "Film"), released on September 23, 2020, and available to Netflix subscribers at https://netflix.com/enolaholmes.

- **Exhibit 2:** A true and correct copy of *The Casebook of Sherlock Holmes* (Dover Thrift Edition – paperback, September 21, 2016).

*See* Freeman Decl. ¶ 3.  The Film Defendants also are serving copies of these physical exhibits on other counsel of record.

Date: October 30, 2020                                         DAVIS WRIGHT TREMAINE LLP

By: /s/ Nicolas A. Jampol
Nicolas A. Jampol (CA Bar No. 244867)
Cydney Swofford Freeman (CA Bar No. 315766)
Camila Pedraza (CA Bar No. 329984)
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Email: nicolasjampol@dwt.com
cydneyfreeman@dwt.com
camilapedraza@dwt.com

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
Charles K. Purcell
Post Office Box 1888
Albuquerque, NM 87103
Tel:   (505) 765-5900
Fax:   (505) 768-7395
Email: kpurcell@rodey.com

*Attorneys for Defendants Legendary Pictures Productions, LLC, Netflix, Inc., PCMA Management and Productions LLC, EH Productions UK Ltd., Jack Thorne, and Harry Bradbeer*

## CERTIFICATE OF SERVICE

I, Nicolas A. Jampol, hereby certify that I caused a true and correct copy of the foregoing *Film Defendants' Notice of Lodging in Support of Motion to Dismiss First Amended Complaint* to be filed through the Court's CM/ECF system which caused all parties and counsel entitled to receive notice to be served electronically as more fully described on the Notice of Electronic Filing.

DAVIS WRIGHT TREMAINE LLP

By: /s/ Nicolas A. Jampol
Nicolas A. Jampol
