# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CONAN DOYLE ESTATE LTD.,

    Plaintiff,

v.                                        Case No. 1:20-cv-00610

NANCY SPRINGER, PENGUIN
RANDOM HOUSE LLC, LEGENDARY
PICTURES PRODUCTIONS, LLC,
NETFLIX, INC., PCMA MANAGEMENT
AND PRODUCTIONS LLC, EH PRODUCTIONS
UK LTD., JACK THORNE, and HARRY BRADBEER,

    Defendants.

## SECOND NOTICE OF STIPULATED EXTENSION OF TIME TO RESPOND
## TO FILM DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT

Pursuant to D.N.M.LR-Civ. 7.4(a), Plaintiff Conan Doyle Estate Ltd. and defendants Legendary Pictures Productions, LLC, Netflix, Inc., EH Productions UK Ltd., PCMA Management and Productions LLC, Jack Thorne, and Harry Bradbeer (collectively, the "Film Defendants") hereby give notice of the following stipulated extension:

    1.    On October 30, 2020, the Film Defendants filed their Motion to Dismiss First Amended Complaint (Doc. 49) (the Motion). The deadline for Plaintiff to respond to the Motion is November 27, 2020.

    2.    It is hereby stipulated that Plaintiff shall respond to the Motion on or before December 11, 2020.

Dated: November 25, 2020          Respectfully submitted,
BARDACKE ALLISON LLP

By:    */s/ Benjamin Allison*
Benjamin Allison
Justin Miller
Breanna Contreras
141 E. Palace Avenue, 2d Floor
Santa Fe, NM 87501
(505) 995-8000
(505) 672-7037 (f)
ben@bardackeallison.com
justin@bardackeallison.com
breanna@bardackeallison.com

*Attorneys for Plaintiff Conan Doyle Estate Ltd.*


DAVIS WRIGHT TREMAINE LLP

By:    *Nicolas A. Jampol*
       *(approval received via email 11/25/20)*
Nicolas A. Jampol (CA Bar No. 244867)
Cydney Swofford Freeman (CA Bar No. 315766)
Camila Pedraza (CA Bar No. 329984)
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Email: nicolasjampol@dwt.com,
      cydneyfreeman@dwt.com
      camilapedraza@dwt.com

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

Charles K. Purcell
Post Office Box 1888
Albuquerque, NM 87103
Tel: (505) 765-5900
Fax: (505) 768-7395
kpurcell@rodey.com

*Attorneys for Defendants Legendary Pictures Productions, LLC, Netflix, Inc., PCMA Management and Productions LLC, and EH Productions UK Ltd.*

2

## CERTIFICATE OF SERVICE

I, Benjamin Allison, hereby certify that I caused a true and correct copy of the foregoing *Second Notice of Stipulated Extension of Time to Respond to Film Defendants' Motion to Dismiss First Amended Complaint* to be filed through the Court's CM/ECF system which caused all parties and counsel entitled to receive notice to be served electronically as more fully described on the Notice of Electronic Filing.

BARDACKE ALLISON LLP

By: *Benjamin Allision*
Benjamin Allison

4814-4430-0484v.2 0082338-000078