**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CONAN DOYLE ESTATE LTD.,

                   Plaintiff,

   v.

NANCY SPRINGER, PENGUIN RANDOM
HOUSE LLC, LEGENDARY PICTURES
PRODUCTIONS, LLC, NETFLIX, INC.,
PCMA MANAGEMENT AND
PRODUCTIONS LLC, EH PRODUCTIONS
UK LTD., JACK THORNE, and HARRY
BRADBEER,

                   Defendants.

Case No. 1:20-cv-00610-KG-KK

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Conan Doyle Estate Ltd. and defendants Legendary Pictures Productions, LLC, Netflix, Inc., PCMA Management and Productions, LLC, EH Productions UK Ltd, Jack Thorne, and Harry Bradbeer, and defendants Nancy Springer and Penguin Random House LLC, stipulate and agree that all claims asserted against all defendants in the above-captioned action shall be, and hereby are, dismissed with prejudice.  All parties are to bear their own costs and fees.

Dated: December 18, 2020

4840-7718-5996v.5 0082338-000078

Respectfully submitted,

BARDACKE ALLISON LLP

By:      */s/ Benjamin Allison*

Benjamin Allison
Justin Miller
Breanna Contreras
141 E. Palace Avenue, 2d Floor
Santa Fe, NM 87501
(505) 995-8000
(505) 672-7037 (f)
ben@bardackeallison.com
justin@bardackeallison.com
breanna@bardackeallison.com

*Attorneys for Plaintiff Conan Doyle Estate Ltd.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: */s/ Charles K. Purcell*

    Charles K. Purcell
Post Office Box 1888
Albuquerque, NM 87103
Tel:   (505) 765-5900
Fax:  (505) 768-7395
kpurcell@rodey.com

DAVIS WRIGHT TREMAINE LLP

Nicolas A. Jampol (CA Bar No. 244867)
Cydney Swofford Freeman (CA Bar No. 315766)
Camila Pedraza (CA Bar No. 329984)
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Email: nicolasjampol@dwt.com,
      cydneyfreeman@dwt.com
      camilapedraza@dwt.com

*Attorneys for Defendants Legendary Pictures Productions, LLC, Netflix, Inc., PCMA Management and Productions LLC, EH Productions UK Ltd., Jack Thorne, and Harry Bradbeer*

PEIFER, HANSON, MULLINS & BAKER, P.A.

By: /s/ *Gregory P. Williams*
    Gregory P. Williams
Post Office Box 25245
Albuquerque, NM 87125
Tel:   (505) 247-4800
Fax:   (505) 243-6458
gwilliams@peiferlaw.com

JASSY VICK CAROLAN LLP

By: /s/ *Jean-Paul Jassy*
    Jean-Paul Jassy
Kevin L. Vick
800 Wilshire Boulevard, Suite 800
Los Angeles, California 90017
Telephone:  (310) 870-7048
Email:  jpjassy@jassyvick.com,
       kvick@jassyvick.com

*Attorneys for Defendants Penguin Random House
LLC and Nancy Springer*

4840-7718-5996v.5 0082338-000078